# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JITRADE, INC., a California Corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>SHEIN FASHION GROUP, INC., a California Corporation; YANGTIAN XU, an individual; and DOES 1-10, inclusive,<br><br>              Defendant. | Case No. 2:18-CV-000195 JFW (AFMx)<br><br>**ORDER GRANTING FIRST STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Judge:     Hon. John F. Walter<br><br>Complaint Served:    Jan. 19, 2018<br>Current Response Date:  Feb. 9, 2018<br>New Response Date:    March 8, 2018 |

    Having considered the parties' First Stipulation to Extend Time to Respond to Complaint By Not More Than 30 Days and finding that the Stipulation is supported by good cause, the Court hereby GRANTS the Stipulation. Defendants Shein Fashion Group, Inc. and Yangtian Xu have up to and including March 8, 2018 to answer or otherwise respond to the Complaint.

Dated: February 12, 2018

                                                            Hon. John F. Walter
                                                             District Court Judge