C. YONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
1010 Wilshire Blvd, Suite 715
Los Angeles, California 90017
Tel. 213-688-2001
Fax. 213-688-2002

Attorney for Plaintiff, JITRADE, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JITRADE, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHEIN FASHION GROUP, INC., a California Corporation; YANGTIAN XU, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-CV-00195-JFW-AFM<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>*Honorable John F. Walter* |

## **STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JITRADE, INC. and Defendants SHEIN FASHION GROUP, INC. and YANGTIAN XU that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*.

Each party shall bear their own costs and attorney fees.

Dated: March 1, 2018

By: /s/ *C. Yong Jeong*
C. Yong Jeong, Esq.
Attorney for Plaintiff
JITRADE, INC.

Dated: March 1, 2018

By: /s/ *Valerie W. Ho*
Valerie W. Ho
Attorney for Defendants
SHEIN FASHION GROUP, INC.
YANGTIAN XU

I hereby attest that all signatories listed above, on whose behalf this notice is being submitted, concur in the filing's content and have authorized the filing.

Dated: March 1, 2018                /s/ *C. Yong Jeong*
C. Yong Jeong, Esq.
Attorney for Plaintiff